CLARENCE HARRIS et al., Appellants, v PHYLLIS H. BREZING et al., as Executors of HERMAN JACOB BREZING, M.D., Deceased, Respondents. (Appeal No. 1.) [749 NYS2d 764] —Appeal from an order of Supreme Court, Niagara County (Fricano, J.), entered June 7, 2001, which granted in part defendants' motion for preclusion.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Pine, J.P., Hayes, Scudder, Kehoe and Lawton, JJ.